NUMBER 13-00-766-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


A. J. "TONY" ABBACCHI
, Appellant,


v.



BRUCE CALLAWAY
, Appellee.

____________________________________________________________________


On appeal from County Court at Law No. 5


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Valdez and Justices Hinojosa and Yanez


Opinion Per Curiam


 Appellant, A. J. "TONY" ABACCHI, perfected an appeal from a
judgment entered by County Court at Law No. 5 of Nueces County,
Texas, in cause number 99-60590-5. After the record was filed, the
parties filed an agreed motion to dismiss the appeal. In the motion, the
parties state that this case has been resolved. The parties request that
this Court dismiss the appeal.

 The Court, having considered the documents on file and the
agreed motion to dismiss the appeal, is of the opinion that the motion
should be granted. The agreed motion to dismiss is granted, and the
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 3rd day of May, 2001.